# United States Court of Appeals
## FOR THE EIGHTH CIRCUIT

_____

No. 10-2874
_____

| | | |
|---|---|---|
| James Allen Martin, | * | |
| | * | |
| Appellant, | * | Appeal from the United States |
| | * | District Court for the |
| v. | * | District of Minnesota. |
| | * | |
| Dennis Benson; Steve Youngs; | * | [UNPUBLISHED] |
| Scott Giannini, | * | |
| | * | |
| Appellees. | * | |

_____

Submitted: February 3, 2011
Filed: February 8, 2011
_____

Before WOLLMAN, BOWMAN, and SMITH, Circuit Judges.
_____

PER CURIAM.

James Allen Martin appeals the adverse grant of summary judgment by the District Court[1] in this 42 U.S.C. § 1983 action. Upon careful de novo review, see Davis v. Hall, 375 F.3d 703, 711 (8th Cir. 2004), we conclude that summary judgment was proper for the reasons stated by the District Court. Accordingly, we affirm. See 8th Cir. R. 47B.

_____

_____

[1]The Honorable David S. Doty, United States District Judge for the District of Minnesota, adopting the report and recommendations of the Honorable Raymond L. Erickson, United States Magistrate Judge for the District of Minnesota.